IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HERRERA, )
        Plaintiff(s). ) No. C 12-0590 CRB (PR)
)
  vs. ) ORDER OF DISMISSAL
)
RANDY GROUNDS, Warden, ) (Docket # 1)
)
        Defendant(s). )
_____ )

     On February 6, 2012, the clerk filed as a new action a motion for preliminary injunction by plaintiff seeking specific medical care at the Correctional Training Facility. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

     More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

     The clerk shall close the file and terminate all pending motions (see docket # 1) as moot.

SO ORDERED.

DATED: 04/05/2012         _____
                                  CHARLES R. BREYER
                                  United States District Judge

G:\PRO-SE\CRB\CR.12\Herrera, J.12-0590.dsifp.wpd